R. G. BUCKNER, individually, N. BUCKNER, individually, and LEON ST. JOHN, doing business as United Optical Dispensary, v. FLORIDA STATE BOARD OF OPTOMETRY.

9 So. (2nd) 112                                      En Banc

June 30, 1942

McKay, Macfarlane, Jackson & Ferguson and Howard P. Macfarlane, for Leon St. John; Sam Bucklew for N. Buckner and John M. Allison, for R. G. Buckner, petitioners.

C. J. Hardee, for defendants.

PER CURIAM:

Petition for certiorari denied. See State of Florida, ex rel. N. Buckner, Leon St. John and R. G. Buckner, petitioners, v. H. L. Culbreath, as Sheriff of Hillsborough County, Florida, respondent, opinion filed this day.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concurring.